UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

| | | |
|---|---|---|
| **United States of America,** | | |
| | Plaintiff, | |
| v. | | 1:22-CV-17 |
| **BB&T, Paymerica Corporation, Account *1918, containing $1,068.78;** | | |
| **Bank of America, Paymerica Corporation, Account *5425, containing $2,162.56;** | | |
| **Woodsboro Bank, Account *7342, containing $112,505.39;** | | |
| **BB&T, Paymerica Corporation, Account *1918, containing $220,000.00;** | | |
| **First United Bank and Trust, Account *6596, containing $81,252.46;** | | |
| **First United Bank and Trust, Account *0272, containing $30,007.27; and** | | |
| **48 computers recovered from 5711 Industry Lane, Suite 12, Frederick, Maryland 21704,** | | |
| | Defendants. | |

_____

**THOMAS J. McAVOY,**
**Senior United States District Judge**

### FINAL ORDER OF FORFEITURE

Upon consideration of the United States' Motion for Default Judgment and Final Order of Forfeiture made pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure and General Order #15 of this Court, it is hereby **ORDERED** that the Motion, Dkt. No. 10,

1

is hereby **GRANTED**, and it is further

    **ORDERED** that Judgment of Default be entered against the defendant property, and it is further

    **ORDERED** that the defendant property is hereby forfeited to the United States, and it is further

    **ORDERED** that any claims to the defendant property are hereby forever barred.

**IT IS SO ORDERED.**

Dated: September 12, 2022

*Thomas J. McAvoy*
Thomas J. McAvoy
Senior, U.S. District Judge